UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ALABAMA

Docket Number: 2:13-CR-0140-ACA-JHE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Special Conditions:**

You will be monitored for a period of 12 months by location monitoring technology under the administrative supervision of the probation officer, and you must comply with all requirements of the location monitoring program. You must pay for the cost of monitoring unless the probation officer determines you do not have the ability to do so. During the period of monitoring, you are restricted to your residence:

At all times except for employment, education, religious services, substance abuse or mental health treatment, attorney visits, court appearances or other court-ordered obligations, and other activities pre-approved by the probation officer. The form of location monitoring technology used to monitor you will be at the discretion of the probation officer.

Witness                                              Signed:
_____                            _____
U.S. Probation Officer                               Probationer or Supervised Releasee
Anthony May                                          Sammuel Dewayne Gulley